No. 483. DETENBER ET AL., ADMINISTRATRICES *v.* AMERICAN UNIVERSAL INSURANCE Co., 389 U. S. 987. Respondent requested to file response to petition for rehearing within thirty days.

No. 482. UNITED STATES *v.* JOHNSON ET AL. Appeal from D. C. N. D. Ga. (Probable jurisdiction noted, 389 U. S. 910.) Motion of appellee Willie Hester for appointment of counsel granted. It is ordered that *Robert B. Thompson, Esquire,* of Gainesville, Georgia, be, and he is hereby, appointed to serve as counsel for appellee Willie Hester in this case. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 742. MARYLAND ET AL. *v.* WIRTZ, SECRETARY OF LABOR, ET AL. Appeal from D. C. Md. (Probable jurisdiction noted, 389 U. S. 1031.) Motion of Alabama et al. to remove case from summary calendar granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Francis B. Burch,* Attorney General of Maryland, and *Alan M. Wilner,* Assistant Attorney General, on the motion.

No. 760. COMMISSIONER OF INTERNAL REVENUE *v.* GORDON ET UX. C. A. 2d Cir.; and
No. 781. BAAN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. (Certiorari granted, 389 U. S. 1033, 1034.) Motion to consolidate these cases granted and schedule of briefing approved. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Solicitor General Griswold* for petitioner in No. 760 and for respondent in No. 781, and *Harry R. Horrow,* for respondents in No. 760 and for petitioners in No. 781, on the motion.

No. 867, Misc. SOVIERO *v.* LUMBARD, CHIEF JUDGE, U. S. COURT OF APPEALS. Motion for leave to file petition for writ of mandamus and/or prohibition denied.